UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOY BRENARD,

         Petitioner,

    v.

JOSEFINA FRANK, et al.,

         Respondents.

Case No. 25-cv-05708-JST

**ORDER OF DISMISSAL**

On or about July 8, 2025, Petitioner filed a *pro se* petition for a writ of habeas corpus under the Indian Civil Rights Act ("ICRA"), 25 U.S.C. §§ 1301-03, challenging the purported decision/order of The Bear River Band of Rohnerville Rancheria Tribal Council to evict her from her home based on criminal allegations against her. *See generally* ECF No. 1. For the reasons set forth below, the Court dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(b) and N.D. Cal. L.R. 3-11.

**DISCUSSION**

The Court has been unable to reach Petitioner and Petitioner has not contacted the Court since August 25, 2025, when she filed her consent to magistrate judge jurisdiction, ECF No. 4.

On November 5, 2025, and December 31, 2025, court mail sent to Petitioner's address of record, P.O. Box. 231, Nice, CA, 95464, was returned to the Court as undeliverable. ECF Nos. 8, 19. On November 10, 2025, the Court sent a courtesy copy of the October 2, 2025 Order of Service (ECF No. 5) to 149000 El Camino Real, Clearlake, CA 95422, the address listed on the first page of the petition. In December 2025, Respondents served their answer on Petitioner at her address of record, and also served their answer on Petitioner at the Clearlake address and a third address, 126 Basayo Village, Fortuna, CA 95540. ECF Nos. 11, 17, 18.

On January 6, 2026, the Court ordered Petitioner to provide the Court with a current address by February 3, 2026, and cautioned Petitioner that failure to respond in accordance with the order would result in the action being dismissed either for failure to comply with N.D. Cal. L.R. 3-11, or for failure to prosecute and/or failure to comply with a court order pursuant to Fed. R. Civ. P. 41(b).  ECF No. 20.  This order was sent to Petitioner at her address of record, and courtesy copies of this order were sent to the Clearlake and Fortuna addresses.  ECF Nos. 20, 21.

The deadline to provide a current address has passed, and Petitioner has not communicated with the Court.  Accordingly, the Court DISMISSES this action without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with a court order; and pursuant to N.D. Cal. L.R. 3-11 for failure to provide the Court with a current address.  Because the dismissal is without prejudice, Petitioner may file a motion to reopen the action.  Any motion to reopen must be accompanied by Petitioner's current address and a showing of good cause as to Petitioner's failure to prosecute and failure to provide the Court with an updated address, as required by N.D. Cal. L.R. 3-11.

### CONCLUSION

The Court DISMISSES this action without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with a court order; and pursuant to N.D. Cal. L.R. 3-11 for failure to provide the Court with a current address.  Respondent's motion to dismiss, ECF No. 22, is DENIED as moot.  Judgment is entered in favor of Respondents and against Petitioner. The Clerk shall terminate all pending motions as moot and close this case.

This order terminates ECF No. 22.

**IT IS SO ORDERED.**

Dated:  March 2, 2026

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California