UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOY BRENARD,

          Plaintiff,

    v.

JOSEFINA FRANK, et al.,

          Defendants.

Case No. 25-cv-05708-JST

**JUDGMENT**

The Court has dismissed this action without prejudice.  Judgment is entered in favor of Respondents and against Petitioner.  The Clerk shall terminate all pending motions as moot and close this case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 2, 2026



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California